Israel **BEN–LEVI,** a/k/a Danny L. Loren, Plaintiff–Appellant,

v.

Chaplain Betty **BROWN,**
Defendant–Appellee,

and

**Chaplain Akbar, Defendant.**

No. 14–7908.

United States Court of Appeals, Fourth Circuit.

Submitted: April 27, 2015.

Decided: May 1, 2015.

Israel Ben–Levi, Appellant Pro Se. Kari Russwurm Johnson, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Israel Ben–Levi appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ben–Levi v. Brown*, No. 5:12–ct–03193–F, 2014 WL 7239858 (E.D.N.C. Dec. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*